# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| REGINAL C. HOWARD, Plaintiff, vs. HOWARD SKOLNIK, *et. al.*, Defendants. | Case No. 2:08-cv-00728-RCJ-GWF **ORDER** Motion to Extend Photocopies (#47) |

 This matter is before the Court on Plaintiff's Motion to Extend Photocopies (#47), filed May 17, 2010.

 Plaintiff requests that this Court increase his prison photocopy work limit by $50.00 in order to provide the Court and parties with copies of necessary exhibits. In his motion, Plaintiff states that the exhibits at issue may not be copied through the use of carbon paper and therefore an increase to his photocopying budget is warranted.

 Plaintiff has not, however, provided the Court with any proof that he has no funds in his inmate account for photocopying or that he has used up his allowance of one hundred dollars ($100.00) for an indigent inmate's photocopy work. *See* Nevada Department of Corrections Administrative Regulation ("AR") 722.01, § 1.5.2.3. Petitioner does not have a right to free photocopying. *Johnson v. Moore*, 942 F.2d 517 (9th Cir. 1991). However, a court can order a prison to provide limited photocopying when it is necessary for an inmate to provide copies to the court and other parties.

 In this instance, if Plaintiff has used up his indigent inmate photocopy allowance and has funds within his inmate account, Plaintiff should request that the Department of Corrections increase his copy

. . .

1  allowance with funds from his trust account. Therefore, this Court finds Plaintiff has not demonstrated
2  the need to have his prison copy work limit increased. Accordingly,
3      **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Photocopies (#47) is **denied**
4  **without prejudice**.
5      DATED this 18th day of May, 2010.

*George Foley Jr.*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**