# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REGINALD C. HOWARD,

                Plaintiff,         Case No. 2:08-cv-00728-RCJ-GWF

vs.                                       **ORDER**

HOWARD SKOLNIK, *et. al.*,      Motion to Extend Photocopies (#56)

                Defendants.

       This matter is before the Court on Plaintiff's Motion to Extend Photocopies (#56), filed June 8, 2010.

       Plaintiff requests that this Court increase his prison photocopy work limit by $50.00 in order to provide the Court and parties with copies of necessary exhibits. (#56). In his motion, Plaintiff states that the exhibits at issue may not be copied through the use of carbon paper and therefore an increase to his photocopying budget is warranted. (*Id.*) In support of this request, Plaintiff attaches a copy of his inmate account statement, showing a balance of $0.07 (*id.* at 4) and an additional balance sheet indicating that Plaintiff has spent his authorized photocopy allowance of $100.00 (*id.* at 3).

       Petitioner does not have a right to free photocopying. *Johnson v. Moore*, 942 F.2d 517 (9th Cir. 1991). However, a court can order a prison to provide limited photocopying when it is necessary for an inmate to provide copies to the court and other parties. The Court finds Plaintiff has demonstrated the need to have his prison copy work limit increased by $50.00. However, Plaintiff is advised to use his copying privileges sparingly and use carbon paper to duplicate documents when possible as further requests for an increase in Plaintiff's photocopy allowance will not be looked upon favorably. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Photocopies (#56) is **granted**. The Nevada Department of Corrections shall increase Plaintiff's photocopying allowance by $50.00.

DATED this 14th day of June, 2010.

*George Foley Jr.*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**