# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REGINALD C. HOWARD,

          Plaintiff,         Case No. 2:08-cv-00728-RCJ-GWF

vs.                                 **ORDER**

HOWARD SKOLNIK, *et. al.*,         Motion to Compel (#58)

          Defendants.

      This matter is before the Court on Plaintiff's Motion for Order Compelling Discovery (#58), filed June 14, 2010, and Defendants' Opposition to Motion for Order Compelling Discovery (#60), filed July 1, 2010.

      Plaintiff requests that this Court compel Defendants to respond to discovery requests he served in December 2008 and March 2010. (#58). However, Plaintiff's motion to compel fails to include the full text of the discovery originally sought and any responses by Defendants. Under LR 26-7(a), a party filing a motion to compel must include a full copy of the interrogatories and other discovery requests that were served on the opposing party, as well as any responses by the opposing party to the discovery requests so that the Court may consider the substance of the discovery requests and the discovery dispute. Plaintiff's motion does not contain any information about the discovery requests he served. Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's Motion for Order Compelling Discovery (#58) is **denied without prejudice**.

      DATED this 8th day of July, 2010.

                                                */s/ George Foley Jr.*
                                                **GEORGE FOLEY, JR.**
                                                **UNITED STATES MAGISTRATE JUDGE**