# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| REGINALD C. HOWARD, | ) | Case No.: 2:08-CV-00728-GMN-GWF |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| HOWARD SKONIK, *et al.*, | ) | |
| Defendants. | ) | |

Before the Court is Plaintiff's request under Federal Rule of Civil Procedure 65(c) to dispense with the requirement of a security. (Motion, #46). Defendants oppose the motion with a timely response. (#52). Plaintiff did not file a reply to the response.

As noted by Defendants, Rule 65(c) involves the requirement that a litigant give a security when a court issues a temporary restraining order or a preliminary injunction. There are no motions for a temporary restraining order of a preliminary injunction presently before the Court. While Plaintiff does request injunctive relief in his Complaint, Rule 65(c) is inapplicable to this relief.

Accordingly, as there are no matters before this Court to which Federal Rule of Civil Procedure 65(c) would apply, denial of Plaintiff's Motion is appropriate.

IT IS HEREBY ORDERED THAT Plaintiff's Motion to Dispense with Requirement of Security (#46) is DENIED.

DATED this 23rd day of July, 2010.

_____
Gloria M. Navarro
United States District Judge