# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REGINALD C. HOWARD,

      Plaintiff,    Case No. 2:08-cv-00728-RCJ-GWF

vs.             **ORDER**

HOWARD SKOLNIK, *et. al.*,    Motion for Extension (#87)

      Defendants.

   This matter is before the Court on Defendants' Motion for Extension of Time to File Dispositive Motions and Pretrial Order (#87), filed November 3, 2010.

   Pursuant to Fed.R.Civ.P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Defendants request an enlargement of time of 30 days. The Court finds Defendants have shown good cause for the Court to grant an extension. Accordingly,

   **IT IS HEREBY ORDERED** that Defendants' Motion for Extension of Time to File Dispositive Motions and Pretrial Order (#87) is **granted**. The parties shall have until **December 6, 2010** to file dispositive motions and until **January 3, 2011** to file a joint pretrial order.

   DATED this 4th day of November, 2010.

                  _____
                  **GEORGE FOLEY, JR.**
                  **UNITED STATES MAGISTRATE JUDGE**