# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

***

REGINALD C. HOWARD,

        Plaintiff,

vs.

HOWARD SKOLNIK, *et al.*,

        Defendants.

2:08-cv-00728-GMN-GWF

**ORDER OF APPOINTMENT OF COUNSEL**

      This case was referred to the Pilot Pro Bono Program ("Program") adopted in General Order 2014-01 for appointment of *pro bono* counsel. ECF No. 138. The Court has been informed that *pro bono* counsel has been identified. Attorney **TRAVIS N. BARRICK, ESQ.**, is hereby appointed as counsel for Plaintiff Reginald C. Howard. The scope of the appointment is for the limited purpose of participation in settlement negotiations. After settlement negotiations, if **TRAVIS N. BARRICK, ESQ.** decides to continue his representation of Plaintiff Reginald C. Howard, then the scope of the appointment is for all purposes through the conclusion of the case, but does not extend to the appeal, if any, of a final decision.

      Accordingly,

      **IT IS HEREBY ORDERED** that **TRAVIS N. BARRICK, ESQ.** is hereby appointed as *pro bono* counsel for Plaintiff Reginald C. Howard pursuant to the United States District Court for the District of Nevada's Pilot *Pro Bono* Program.

      **IT IS FURTHER ORDERED** that appointed counsel may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program.

      **IT IS FURTHER ORDERED** that the Clerk of Court shall assign a PROBONO case flag

1  and add **TRAVIS N. BARRICK, ESQ.** to the docket as counsel of record for Plaintiff.

2  **IT IS FURTHER ORDERED** that **TRAVIS N. BARRICK, ESQ.** shall not be charged
3  fees for use of the Court's filing system in this matter for the duration of the appointment.

4  **IT IS FURTHER ORDERED** that within **fourteen (14) days** after completion of legal
5  services, **TRAVIS N. BARRICK, ESQ.** must submit a Notice of Completion Form to the Pro
6  Bono Liaison.

7  **DATED** this 8th day of July, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Judge