Travis N. Barrick, # 9257
GALLIAN WELKER,
& BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89117
Telephone: (702) 892-3500
Facsimile:  (702) 386-1946
tbarrick@vegascase.com
*Attorneys for Plaintiff*
*In conjunction with the Legal*
*Aid Center of Southern*
*Nevada Pro Bono Pilot Project*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD C. HOWARD,<br><br>                    Plaintiff,<br><br>          v.<br><br>HOWARD SKOLNIK, et al.,<br><br>                    Defendants. | Case No.:  2:08-CV-728-GMN-GWF<br><br>**ORDER TO REMOVE TRAVIS N. BARRICK AS COUNSEL FOR THE PLAINTIFF** |

Pursuant to the Court's Order (#139), Travis N. Barrick, Esq., hereby files his proposed Order to be removed as counsel for the Plaintiff for the reasons set forth below:

1. During the pendency of the Limited Appearance of Mr. Barrick, the parties engaged in good-faith settlement negations;

2. On September 1, 2015, the parties attended a Settlement Conference, which did not result in settlement;

3. Accordingly, the limited purpose for which Mr. Barrick represented Mr. Howard has been accomplished.

DATED this 1st day of September, 2015.

                                        By: ___/s/ Travis N. Barrick_____
                                        Travis N. Barrick, # 9257
                                        GALLIAN WELKER

- 1 -

& BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89117
tbarrick@vegascase.com
*Attorneys for Plaintiff*
*In conjunction with the Legal*
*Aid Center of Southern*
*Nevada Pro Bono Pilot Project*

## ORDER

Good cause appearing, it is hereby ordered that Travis N. Barrick, Esq., is to be removed as counsel for the Plaintiff.

Dated this 2 day of September, 2015.

_/s/ George Foley Jr._
George W. Foley
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made on the 1st day of September, 2015, by filing in the Court's CM/ECF system and by US Mail, postage prepaid, to the following:

| | |
|---|---|
| Jared M. Frost, Esq.<br>Deputy Attorney General<br>Office of the Nevada Attorney General<br>Bureau of Litigation, Public Safety Div.<br>555 E. Washington Avenue, Suite 3900<br>Las Vegas, NV 89101<br>*Attorneys for Defendants* | |

By: /s/ Travis N. Barrick
An employee of Gallian Welker
& Beckstrom, LC