# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| REGINALD C. HOWARD, | ) | |
| Plaintiff, | ) | Case No. 2:08-cv-00728-GMN-GWF |
| vs. | ) | **ORDER** |
| HOWARD SKOLNIK, *et. al.*, | ) | Motion for Extension (#147) |
| Defendants. | ) | |

This matter is before the Court on Defendants' Motion For Extension of Time to File Proposed Joint Pretrial Order (#147), filed November 20, 2015.

Pursuant to Fed.R.Civ.P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Defendants request an enlargement of time of 30 days to file the proposed joint pretrial order. The Court finds Defendants have shown good cause to extend the deadline for the parties to submit the proposed joint pretrial order. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion For Extension of Time to File Proposed Joint Pretrial Order (#147) is **granted**. The parties shall have until **December 23, 2015** to file the proposed pretrial order.

DATED this 24th day of November, 2015.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**