ADAM PAUL LAXALT
Nevada Attorney General
JARED M. FROST
Senior Deputy Attorney General
Nevada Bar No. 11132
Office of the Attorney General
Bureau of Litigation
Public Safety Division
555 E Washington Ave, Suite 3900
Las Vegas, Nevada 89101
Phone: (702) 486-3177
Email: jfrost@ag.nv.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD C. HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD SKOLNIK, et al.,<br><br>Defendants. | Case No. 2:08-cv-00728-GMN-GWF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT RYAN PAPAS** |

It is stipulated and agreed by and between Plaintiff Reginald C. Howard, proceeding *pro se*, and Defendant Ryan Papas, by and through counsel, Adam Paul Laxalt, Nevada Attorney

///
///
///
///
///
///
///
///

1

1  General, and Jared M. Frost, Senior Deputy Attorney General, that Defendant Ryan Papas be
2  dismissed from this action with prejudice. *Religion only RH.*

4  DATED November 27th, 2015.                      DATED December 3, 2015.

                                                    ADAM PAUL LAXALT
                                                    Nevada Attorney General

   _____                   By: _____
   Reginald C. Howard                                   Jared M. Frost
   Plaintiff Pro Se                                     Senior Deputy Attorney General
                                                        *Attorneys for Defendants*

                                                    Dec 4, 2015
   IT IS SO ORDERED.                                DATED _____, 2015.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

2