# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REGINALD C. HOWARD,            )
                               )
                    Plaintiff, )   Case No. 2:08-cv-00728-GMN-GWF
                               )
vs.                            )   **ORDER**
                               )
HOWARD SKOLNIK, *et. al.*,     )
                               )
                    Defendants.)
_____)

This matter is before the Court on Plaintiff's Motion in Support of Bill of Cost Award (#151), filed on December 21, 2015. Defendants filed their Opposition (#156) on January 6, 2016.

On August 23, 2012, the Court granted summary judgment in favor of Plaintiff on his claim for lost property and award him "$120.00 in damages, as well as the costs associated with this cause of action to recover his tapes." *Order (#119),* pg. 14, ln. 24-25. The Court specifically ordered Plaintiff to file his bill of costs associated with the lost property claim as required by Local Rule 54-1. *Id.* at 14-15.

Local Rule 54-1 provides that a prevailing party must "serve and file a bill of costs and disbursements on the form provided by the Clerk no later than fourteen (14) days after the date of entry of the judgment or decree." Here, the date of judgment was August 23, 2012 so the bill of costs was due on or before September 6, 2012. Even granting some leniency to pro se litigants, Plaintiff's instant motion is fatally late as it was filed over three (3) years after it was due. Accordingly,

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Plaintiff's Motion in Support of Bill of Cost Award (#151) is **denied**.

DATED this 30th day of March, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge